## THIRD DEPARTMENT, NOVEMBER, 1977

### (November 1, 1977)

■ In the Matter of DAVID C. McCHESNEY, Petitioner, v CHARLES B. SWARTWOOD, as Justice of the Supreme Court, Chemung County, et al., Respondents.—Application for a writ of mandamus denied, without costs. Sweeney, J. P., Kane, Mahoney, Larkin and Herlihy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID CHARLES McCHESNEY, Petitioner, v CARL F. DRAXLER, as Sheriff of Chemung County, et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2), for a writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during pendency of an appeal from petitioner's judgment of conviction *(People ex rel. Keitt v McMann,* 18 NY2d 257, 262). Sweeney, J. P., Kane, Mahoney, Larkin and Herlihy, JJ., concur.